**Order entered November 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00944-CR
No. 05-16-00945-CR
No. 05-16-00946-CR

**MICHAEL AARON TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-45333-R, F15-24320-R & F16-00540-R**

## ORDER

We **REINSTATE** these appeals.

The reporter's record has been filed. Because findings are no longer necessary, we

**VACATE** our November 16, 2016 order. Appellant's brief in these cases is due by **December**

**4, 2016.**

/s/      LANA MYERS
          JUSTICE